STATE OF NORTH CAROLINA v. BILLY FRANCIS

No. 7118SC74

(Filed 24 February 1971)

APPEAL from *Johnston, Superior Court Judge,* 24 August 1970 Criminal Session of GUILFORD County Superior Court.

The defendant was charged in a bill of indictment, proper in form, with felonious breaking and entering, felonious larceny, and receiving. He entered a plea of guilty to felonious breaking and entering. After questioning defendant extensively relating to the voluntariness of his plea, the court adjudged that the plea was freely, understandingly and voluntarily made and ordered that it be entered in the record. Judgment was thereupon entered imposing a prison sentence of not less than two nor more than five years. Defendant appealed.

*Attorney General Morgan by Staff Attorney Covington for the State.*

*Wallace C. Harrelson, Public Defender, Eighteenth Judicial District, and R. D. Douglas III, Assistant Public Defender, Eighteenth Judicial District for defendant appellant.*

GRAHAM, Judge.

Defendant's court appointed counsel has filed a brief in which he states that defendant appealed contrary to advice of counsel, and that counsel has searched the record proper and all of the proceedings and admits that he can find no error prejudicial to the defendant.

We have reviewed the record proper and find no error.

No error.

Chief Judge MALLARD and Judge PARKER concur.